UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE JEAN STEINER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br>a Foreign Corporation registered or otherwise<br>authorized to do business in the State of<br>Nevada; THE KROGER CO., a Foreign<br>Corporation registered or otherwise authorized<br>to do business in the State of Nevada and<br>DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. 3:25-cv-00760-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, all Parties and their counsel of record participated in a settlement conference on April 28, 2026 which resulted in the parties agreeing upon a full and final settlement of this case on April 30, 2026;

IT IS HEREBY STIPULATED by and between Defendants, SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S") and THE KROGER CO. ("KROGER"), by and through their counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. and Plaintiff JULIE JEAN STEINER, by and through her counsel, STEVEN J. KLEARMAN, ESQ. of the law firm STEVEN J. KLEARMAN & ASSOCIATES as follows:

1.      That any and all claims herein of Plaintiff JULIE JEAN STEINER against Defendants SMITH'S FOOD & DRUG CENTERS, INC. and THE KROGER CO. shall be dismissed with

NG-C2N3CBX6 4905-3543-1079.1

prejudice, each party to bear their own fees and costs; and

2.      That any matters on the Court's calendar be vacated.

IT IS SO STIPULATED.

Respectfully submitted this 29th day of May, 2026.

STEVEN J. KLEARMAN & ASSOCIATES          COOPER LEVENSON, P.A.


/s/ Steven J. Klearman                            /s/ Jerry S. Busby
STEVEN J. KLEARMAN, ESQ.                     JERRY S. BUSBY, ESQ.
Nevada Bar No. 03471                            Nevada Bar No. 001107
437 West Plumb Lane                             3016 West Charleston Blvd. #195
Reno, Nevada  89509                             Las Vegas, Nevada  89102
(775) 323-3700                                  (702) 366-1125
Attorneys for Plaintiff                         Attorneys for Defendants
JULIE JEAN STEINER                              SMITH'S FOOD & DRUG CENTERS, INC.
                                                and THE KROGER CO.

**ORDER**

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE


DATED:  June 3, 2026

NG-C2N3CBX6 4905-3543-1079.1